USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/27/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONTACT CENTER TRUPERS, L.L.C. *doing business as* BOOST BPO, L.L.C., et al.,

Plaintiffs,

-against-

CIRCADIAN FUNDING L.L.C. *doing business as* CIRCADIAN FUNDING, et al.,

Defendants.

25-CV-6545 (JAV) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 8, 2026, the Court ordered plaintiffs to show cause, in writing and no later than April 22, 2026, why this action should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and 41(b), for failure to prosecute. (Dkt. 8.) That date has come and gone, and plaintiffs have not responded to the order to show cause.

The Court *sua sponte* EXTENDS plaintiffs' deadline to no later than **May 1, 2026**, by which date plaintiffs must show cause, in writing, why this action should not be dismissed for failure to prosecute. **If plaintiffs fail to respond by May 1, 2026, the Court may dismiss this action.**

Dated: New York, New York
      April 27, 2026

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**